**Marvin L. HOLT, Appellant,**

v.

**UNITED STATES, Appellee.**

**No. 85–1185.**

District of Columbia Court of Appeals.

Jan. 18, 1989.

Alan B. Soschin, Washington, D.C., for appellant.

Michael W. Farrell, Asst. U.S. Atty., Washington, D.C., for appellee.

Before ROGERS, Chief Judge, and MACK, NEWMAN, FERREN, BELSON, TERRY, STEADMAN and SCHWELB, Associate Judges.

## ORDER

PER CURIAM.

On consideration of appellant's petition for rehearing en banc, and the opposition thereto; and it appearing that the majority of the judges of this court has voted to grant the petition for rehearing en banc, it is

ORDERED that appellant's petition for rehearing en banc is granted and that the opinion and judgment of August 31, 1988, 547 A.2d 158, are hereby vacated. It is

FURTHER ORDERED that the Clerk shall schedule this matter for argument before the court sitting en banc as soon as the calendar permits. Counsel are hereby directed to provide ten copies of the briefs heretofore filed to the Clerk on or before January 30, 1989.